**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STOREBOUND, LLC** | : | **CIVIL ACTION** |
| 50 Broad Street, 12th Floor | : | |
| New York, NY 10004 | : | Case No. |
| | : | |
| *Plaintiff* | : | **JURY TRIAL DEMANDED** |
| | : | |
| v. | : | |
| | : | |
| **WALMART INC.** | : | |
| 702 SW 8th Street | : | |
| Bentonville, AR 72716 | : | |
| | : | |
| *Defendant* | : | |
| | : | |

## COMPLAINT

Plaintiff, StoreBound LLC ("StoreBound"), by and through its counsel, hereby files this Complaint for patent infringement against Defendant, Walmart Inc. ("Walmart"). In support thereof, StoreBound avers the following:

## PARTIES

1.      Plaintiff is a corporation existing under the laws of New York, with its principal place of business located at 50 Broad Street, 12th Floor, New York, NY 10004.

2.      Defendant, upon information and belief, is a corporation established and existing under the laws of Delaware, with its principal place of business located at 702 SW 8th Street, Bentonville, AR 72716.  Walmart can be served through its registered agent for service: CT Corporation System, ATTN: Walmart Inc., located at 818 West Seventh Street, Suite 930, Los Angeles, CA 90017.  Upon information and belief, Defendant is manufacturing, offering for sale, and/or selling the infringing products at issue in this matter in this Judicial District.

## JURISDICTION AND VENUE

3.      This action arises under the Patent Laws of the United States, specifically Title 35 of the United States Code.

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      Venue is proper in this judicial district under 28 U.S.C. § 1400(b) because: (1) Walmart has a regular and established place of business in this judicial district, at least due to the presence of its store located at 1675 S. Christopher Columbus Blvd, Philadelphia, PA 19148; and (2) Walmart has committed acts of infringement in this judicial district by selling and offering for sale the infringing products at issue in this matter, as evidenced by Exhibit A.  Exhibit A is a true and correct copy of a receipt evidencing a purchase of the infringing product at issue in this matter from Walmart's store located at 1675 S. Christopher Columbus Blvd, Philadelphia, PA 19148.

6.      This Court has personal jurisdiction over Walmart because Walmart has transacted business and otherwise conducted sales activities in this district, has a regular and established place of business in this district, and has committed, contributed to, and induced acts of patent infringement in this district.

## FACTS

7.      StoreBound owns a portfolio of patents covering small electronic appliances including United States Patent No. 12,171,368 (hereinafter "the '368 Patent").

8.      On December 24, 2024, the United States Patent and Trademark Office duly and legally issued the '368 Patent, entitled "Cooking Appliance with Removable Plates."  A copy of the '368 Patent is attached hereto as Exhibit B.

9.    By way of written agreement, StoreBound is co-owner of the '368 Patent with Tsann Kuen Enterprise Co. (hereinafter "TK"), a Chinese Company with its principal place of business at Tsann Kuen Industrial Park, Taiwanese Investment Zone, Zhangzhou City, Fujian Province, China 363107.

10.    By way of written agreement, TK has granted StoreBound sufficient rights in the '368 Patent, and waived certain rights, such that StoreBound has standing to bring this lawsuit by itself without TK being a co-plaintiff.

11.    StoreBound is in the business of designing, developing, manufacturing, and selling small appliances, including a cooking appliance with removable plates that embodies the inventions claimed in the '368 Patent.  StoreBound has sold millions of mini electronic waffle makers and is considered a leader in the design and innovation of small electronic cooking appliances.  StoreBound considers its cooking appliance with removable plates a signature product and has invested substantial resources in developing said product and protecting the same.

12.    Walmart is a retailer whose business includes selling a wide variety of consumer products, including selling, offering for sale, and/or importing into Pennsylvania, specifically including within this judicial district, and elsewhere within the United States, cooking appliances that infringe the '368 Patent, including but not limited to a series of cooking appliances with removable plates (hereinafter "the Infringing Product").  Walmart also lists Infringing Products for sale on its website at https://www.walmart.com/ip/MYMINI-MINI-DETACHABLE-WAFFLE-MAKER/6256769339?classType=REGULAR&athbdg=L1600, a copy of which is attached hereto as Exhibit C.

13.    StoreBound purchased the Infringing Product from Walmart's retail store located at 1675 S. Christopher Columbus Blvd, Philadelphia, PA 19148. Photos of the Infringing Product

purchased by StoreBound at the Defendant's retail store at the location noted are provided in Exhibit D.

14.    Walmart has not sought or obtained a license under the '368 Patent and is not authorized or permitted to market, manufacture, use, perform, offer for sale, or sell any of the inventions claimed in the '368 Patent.

15.    On February 19, 2025, representatives of StoreBound conducted a video meeting with representatives of Walmart.  During this meeting, Walmart was informed that the Infringing Product infringed StoreBound's patent on StoreBound's directly competing product (i.e., the '368 Patent).

16.    Upon information and belief, Walmart's infringement of the '368 Patent, and copying of the cooking appliance with removable plates disclosed and claimed therein is knowing and willful, as Walmart had knowledge of the existence of StoreBound's patent.

17.    StoreBound now seeks relief from this Court as more fully discussed below.

## COUNT I
## DIRECT INFRINGEMENT OF US PATENT NO. 12,171,368

18.    The allegations of paragraphs 1-17 are incorporated as fully set forth.

19.    Upon information and belief, the Defendant advertises, offers for sale, and sells the Infringing Product, which embodies the inventions of at least Claim 7 of the '368 Patent. Exhibit E included herewith is a Claim Chart which provides a detailed exemplary non-limiting demonstration of how the Infringing Product reads on the invention claimed in claim 7 of the '368 Patent.[1]  The Claim Chart provided in Exhibit E only details the infringement of claim 7 of the

---

[1] In the Claim Chart, the phrase "of the housing" has been removed from a limitation as it was an error that occurred in good faith and is of a clerical or typographical nature, or of minor character.   A Certificate of Correction was filed on February 25, 2025 making this correction.

4

'368 Patent by the Infringing Product. Upon information and belief, the Infringing Product reads on the inventions claimed in at least each of claims 7-22 of the '368 Patent.

20.     Through its sale, offer for sale, use, and/or importation of the Infringing Product in Pennsylvania, including within this judicial district, and elsewhere within the United States, Walmart has directly infringed the '368 Patent under 35 U.S.C. § 271 (a) and will continue to do so unless enjoined by this Court.

21.     As a result of the aforesaid acts, Walmart has damaged, and is continuing to damage, StoreBound.

22.     Upon information and belief, Walmart is deliberately and willfully infringing the '368 Patent with full knowledge of the '368 Patent, rendering this case "exceptional" under 35 U.S.C. § 285.

23.     StoreBound has suffered monetary damages as a result of the infringing actions of Walmart with respect to the '368 Patent.

24.     StoreBound has suffered and continues to suffer irreparable harm, for which there may be no adequate remedy at law, unless enjoined by this Court.

25.     Upon information and belief, Walmart will continue to infringe the '368 Patent unless enjoined by this Court.

## COUNT II
## INDUCED INFRINGEMENT OF US PATENT NO. 12,171,368

26.     The allegations of paragraphs 1-25 are incorporated as fully set forth.

27.     Walmart has induced and continues to induce the direct infringement of the '368 Patent by its customers and suppliers by, among other activities: (1) advising, encouraging, and intending for its customers to assemble and use the Infringing Product, which infringes the '368

Patent; and (2) advising, encouraging, and intending for its suppliers to import the Infringing Product into the United States, which infringes the '368 Patent.

28.    Walmart has written notice of its infringement of the '368 Patent at least by nature of the service of this Complaint.

29.    By continuing the aforesaid acts, Walmart has the specific intent to induce the infringement of the '368 Patent and is therefore liable under 35 U.S.C. § 271(b).

30.    As a result of the aforesaid acts, Walmart has damaged, and is continuing to damage, StoreBound.

31.    Upon information and belief, Walmart is deliberately and willfully infringing the '368 Patent with full knowledge of the '368 Patent, rendering this case "exceptional" under 35 U.S.C. § 285.

32.    StoreBound has suffered monetary damages as a result of the infringing actions of Walmart with respect to the '368 Patent.

33.    StoreBound has suffered and continues to suffer irreparable harm, for which there may be no adequate remedy at law, unless enjoined by this Court.

34.    Upon information and belief, Walmart will continue to infringe the '368 Patent unless enjoined by this Court.

## COUNT III
## CONTRIBUTORY INFRINGEMENT OF US PATENT NO. 12,171,368

35.    The allegations of paragraphs 1-34 are incorporated as fully set forth.

36.    Walmart has contributed, and continues to contribute, to the direct infringement of the '368 Patent by its customers by, among other activities, offering to sell or by selling within the United States the Infringing Product, knowing that the Infringing Product is especially made or especially adapted for use in infringing the '368 Patent when assembled and/or used.

37.     The Infringing Product, including its components, are not staple articles or commodities of commerce suitable for substantial noninfringing use.  The Infringing Product, and components thereof, have no substantial noninfringing uses because they cannot be used, in any practical sense, for purposes other than causing and/or contributing to the infringement of the '368 Patent.

38.     Walmart has written notice of its infringement of the '368 Patent at least by nature of the service of this Complaint.

39.     By continuing the aforesaid acts, Walmart has the specific intent to contribute to the infringement of the '368 Patent and is therefore liable under 35 U.S.C. § 271(c).

40.     As a result of the aforesaid acts, Walmart has damaged, and is continuing to damage, StoreBound.

41.     Upon information and belief, Walmart is deliberately and willfully infringing the '368 Patent with full knowledge of the '368 Patent, rendering this case "exceptional" under 35 U.S.C. § 285.

42.     StoreBound has suffered monetary damages as a result of the infringing actions of Walmart with respect to the '368 Patent.

43.     StoreBound has suffered and continues to suffer irreparable harm, for which there may be no adequate remedy at law, unless enjoined by this Court.

44.     Upon information and belief, Walmart will continue to infringe the '368 Patent unless enjoined by this Court.

## DAMAGES AND PERMANENT INJUNCTION

45.     Walmart's infringement of one or more claims of the '368 Patent has and will continue to damage StoreBound.

46.    StoreBound seeks an award of damages to compensate it for Walmart's infringement.

47.    In addition, StoreBound further seeks to permanently enjoin Walmart from infringing the '368 Patent.  Walmart's sale of the Infringing Product at discounted prices is damaging the market and StoreBound's ability to commercialize the inventions of the '368 Patent, including eroding the market and price for the inventions claimed in the '368 Patent.  Accordingly, if Walmart is not permanently enjoined, StoreBound will suffer irreparable harm in the form of lost market share, permanent price erosion, goodwill, harms, and losses for which there is no adequate remedy at law.

48.    Walmart's continued offer for sale and sale of the Infringing Products despite being expressly notified of StoreBound's patents surrounding cooking appliances with removable plates supports a finding of willful infringement of the '368 Patent. Moreover, StoreBound intends to seek discovery on the issue of Walmart's deliberate infringement and reserves all of its rights to seek a finding of willful and malicious conduct regarding Walmart's acts of infringement prior to the filing of this Lawsuit with respect to the '368 Patent and/or post-suit acts of infringement with respect to the '368 Patent.

49.    StoreBound seeks that this Court grant: (1) damages sufficient to compensate StoreBound for the losses caused by the infringement, including at least royalties and lost profits; (2) declare this case "exceptional" and award StoreBound its reasonable attorneys' fees; and (3) grant StoreBound such other relief as is just and proper.

## **JURY DEMAND**

StoreBound hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure on all issues so triable.

## PRAYER FOR RELIEF

As a result of and in light of the foregoing, StoreBound respectfully requests that the Court find in its favor and against Walmart, and that the Court grant StoreBound the following relief:

(a)    A judgment in favor of StoreBound that Walmart has directly infringed the '368 Patent, and/or that Walmart has indirectly infringed the '368 Patent by way of inducing and/or contributing to the direct infringement by its customers;

(b)    A permanent injunction, pursuant to 35 U.S.C. § 283, enjoining Walmart and its officers, directors, agents, affiliates, employees, installers, branches, subsidiary and parent entities, and all others acting in active concert therewith, from infringing, inducing the infringement of, or contributing to the infringement of the '368 Patent;

(c)    An award to StoreBound of damages adequate to compensate StoreBound for Walmart's acts of infringement, together with pre-judgment and post-judgment interest thereon;

(d)    A declaration by this Court that this is an exceptional case and including an award to StoreBound of their reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

(e)    Any and all further relief that this Court deems just and proper.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Date: February 28, 2025

By: */s/ Kean C. Maynard*
_____
Gavin P. Lentz, Esquire (53609)
Kean Maynard, Esquire (327794)
1524 Locust Street
Philadelphia, PA 19102
glentz@bochettoandlentz.com

kmaynard@bochettoandlentz.com
*Attorneys for Plaintiff*

# EXHIBIT A

You could win a $1000 GiftCard!
Visit survey.walmart.com#7VNC12R5TOQ
For more details,see back of receipt.



**WM Supercenter**
215-468-4220 Mgr:FRANK
1675 S CHRISTOPHER COLUMBUS BL
PHILADELPHIA PA 19148
ST# 02141 OP# 005420 TE# 27 TR# 03985
# ITEMS SOLD 1
TC# 5202 0856 4102 5835 7022

DTCH WFL MKR 081014067369          19.98 X
                    SUBTOTAL       19.98
        TAX 1   8.000 %             1.60
                    TOTAL          21.58
            DEBIT   TEND           21.58
            CHANGE DUE              0.00
EFT DEBIT          PAY FROM PRIMARY
    21.58   TOTAL PURCHASE
US DEBIT        **** **** **** 7405 I 0
REF # 505100114519
NETWORK ID. 0056 APPR CODE 024489
US DEBIT
AID A0000000980840
AAC 19CB073D796B38A8
*Pin Verified
TERMINAL # 28552797
        02/20/25      13:35:23



Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

Low Prices You Can Trust. Every Day.
    02/20/25      13:35:27

# EXHIBIT B

US012171368B1

(12) **United States Patent**     (10) **Patent No.:     US 12,171,368 B1**

Wu et al.     (45) **Date of Patent:     Dec. 24, 2024**

(54) **COOKING APPLIANCE WITH REMOVABLE PLATES**

(71) Applicants: **Tsann Kuen (Zhangzhou) Enterprise Co., Ltd**, Zhangzhou (CN); **StoreBound LLC**, New York, NY (US)

(72) Inventors: **Chunyu Wu**, Xiamen (CN); **Weibin Ji**, Zhangzhou (CN)

(73) Assignees: **StoreBound, LLC**, New York, NY (US); **Tsann Kuen (Zhangzhou) Enterprise Co., Ltd**, Zhangzhou (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/666,274**

(22) Filed: **May 16, 2024**

(30) **Foreign Application Priority Data**

Jul. 11, 2023     (CN) ......................... 202321815813.7

(51) **Int. Cl.**
*A47J 37/06*     (2006.01)
*A47J 27/00*     (2006.01)

(52) **U.S. Cl.**
CPC ......... *A47J 37/0611* (2013.01); *A47J 27/002* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,947,124 A | | 7/1932 | Clauss | |
| 2,300,323 A | * | 10/1942 | Tams | ................... A47J 37/0611 192/84.1 |
| 2,795,182 A | * | 6/1957 | Gomersall | ........... A47J 37/0611 292/76 |

| | | | | |
|---|---|---|---|---|
| 6,429,409 B1 | | 8/2002 | Siu | |
| 6,555,795 B2 | * | 4/2003 | Glucksman | .......... A47J 37/0611 219/524 |
| 8,692,164 B2 | | 4/2014 | Krishnan | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | | 0696430 | 2/1996 | |
| EP | | 2606788 A1 * | 6/2013 | .......... A47J 37/0611 |

(Continued)

OTHER PUBLICATIONS

FR 3095333 A1 (Sartout, Pierre et al.) Oct. 30, 2020 [retrieved on Sep. 23, 2024]. Retrieved from Foreign Image and Text Database, translation by Clarivate Analytics. (Year: 2020).*
AliExpress Website "Waffles Maker Electric Waffle Machine Removable Plates 700W Breakfast Machine Bubble Egg Cake Oven 220V Waflera Mini Pot", Retrieved Feb. 2, 2024, pp. 1-7.
Wayfair Website "2-In-1 Waffle Maker With Removable Plates", Retrieved Feb. 2, 2024, pp. 1-8.

(Continued)

*Primary Examiner* — John J Norton
(74) *Attorney, Agent, or Firm* — Belles Katz LLC

(57) **ABSTRACT**

A cooking appliance includes a housing having a base portion defining a base cavity and an open top end of the base cavity, a top portion alterable relative to the base portion between an open state and a closed state, and a base locking mechanism coupled to the base portion of the housing. The cooking appliance further includes a first cooking plate removably coupled to the base portion of the housing to close the open top end of the base cavity. The cooking plate defines a first engagement feature and is configured to be locked to the housing via engagement between the base locking mechanism of the base portion and the first engagement feature. The base locking mechanism is alterable into an unlocked state to allow the first cooking plate to be detached from the housing.

**22 Claims, 13 Drawing Sheets**



**US 12,171,368 B1**

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0050256 A1* | 3/2004 | Patenotre | A47J 37/0611 |
| | | | 99/372 |
| 2005/0247210 A1 | 11/2005 | Ragan | |
| 2007/0186785 A1* | 8/2007 | Cohen | A47J 37/0871 |
| | | | 99/372 |
| 2008/0105137 A1 | 5/2008 | Genslak et al. | |
| 2008/0116193 A1* | 5/2008 | Lam | A47J 37/0611 |
| | | | 219/393 |
| 2013/0248531 A1* | 9/2013 | Lane | A47J 47/14 |
| | | | 220/849 |
| 2015/0312964 A1* | 10/2015 | Sorenson | H05B 1/0266 |
| | | | 219/443.1 |
| 2017/0290101 A1* | 10/2017 | Hawkins | A47J 37/0611 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2965672 A1 * | 1/2016 | A47J 37/0611 |
| FR | 3095333 A1 * | 10/2020 | A21B 5/023 |

OTHER PUBLICATIONS

Amazon Website "DASH Mini Waffle Maker with 7 Removable Plates-Spring Themed Plates—Bunny Clover Heart with Storage Container Non-Stick Coating—Temperature Control—Indicator Light for Home and Travel", Published Feb. 2, 2024, pp. 1-9.
Amazon Website "DASH Mini Maker for Individual Waffles, Hash Browns, Keto Chaffles with Easy to Clean, Non-Stick Surfaces, 4 Inch, Aqua", Published Oct. 31, 2016, pp. 1-17.

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 6A



FIG. 7A



FIG. 7B



FIG. 8A



FIG. 8B



FIG. 9



FIG. 10A



FIG. 10B

US 12,171,368 B1

**1**

# COOKING APPLIANCE WITH REMOVABLE PLATES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of Chinese Utility Model application No. 202321815813.7, filed on Jul. 11, 2023, the entirety of which is incorporated herein by reference.

## FIELD OF THE DISCLOSURE

The present disclosure relates to cooking appliances, such as waffle irons, and more particularly to cooking appliances having removable cooking plates.

## BACKGROUND

It is common for households to have several cooking appliances for various cooking needs. Cooking appliances may be designed to balance interests with respect to size, aesthetics, ease of use, ease of cleaning, material cost, structural integrity, and environmental impact.

Accordingly, those skilled in the art continue research and development in the field of cooking appliances.

## BRIEF SUMMARY

A cooking appliance includes a housing including a base portion defining a base cavity and an open top end of the base cavity, a top portion alterable relative to the base portion between an open state and a closed state, and a base locking mechanism coupled to the base portion of the housing. The cooking appliance further includes a first heating element located within the base cavity of the base portion of the housing, a first cooking plate removably coupled to the base portion of the housing to close the open top end of the base cavity, the cooking plate defining a first engagement feature. The first cooking plate is configured to be locked to the housing via engagement between the base locking mechanism of the base portion and the first engagement feature. The base locking mechanism is alterable into an unlocked state to allow the first cooking plate to be detached from the housing.

In one example, the first engagement feature includes a post defined by the first cooking plate and an engagement bracket coupled to the post. In one example, the base locking mechanism is a base button and a base latch mechanically engaged with the base button, the base latch being movable between a locked state and an unlocked state by actuation of the base button. In one example, the base latch is biased into the locked state. Inserting the first cooking plate into the base portion of the housing causes the base latch to alter from the locked state towards the unlocked state to fully seat the first cooking plate within the open top end of the base cavity, upon which the base latch automatically biases back to the locked state to lock the first cooking plate to the base portion of the housing. In one example, the first engagement feature of the first cooking plate includes a planar locking surface and an angled engagement surface. During insertion of the first cooking plate into the base portion of the housing, the angled engagement surface of the first engagement feature engages the base latch and moves the base latch from the locked state towards the unlocked state. Upon the base latch passing by the angled engagement

**2**

surface, the base latch biases back into the locked state whereby the base latch engages the planar locking surface of the first engagement feature.

In one example, the first cooking plate includes a peripheral edge defining a planar portion having at least one engagement tab and an arcuate portion. The base portion of the housing defines at least one notch configured to receive the at least one engagement tab upon insertion of the first cooking plate into the base portion of the housing.

In one example, the top portion defines a top cavity and an open top end of the top cavity and the cooking appliance further includes a second heating element located within the top cavity of the top portion of the housing.

In one example, the cooking appliance includes a second cooking plate removably coupled to the top portion of the housing to close the open top end of the top cavity, the second cooking plate defining a second engagement feature. In one example, the second engagement feature includes a post defined by the second cooking plate and an engagement bracket coupled to the post.

In one example, the housing includes a top locking mechanism coupled to the top portion of the housing, the second cooking plate is configured to be locked to the housing via engagement between the top locking mechanism of the top portion and the second engagement feature. The top locking mechanism is alterable into an unlocked state to allow the second cooking plate to be detached from the housing.

In one example, the top locking mechanism includes a top button and a top latch mechanically engaged with the top button, the top latch being movable between a locked state and an unlocked state by actuation of the top button. In one example, the top latch is biased into the locked state. Inserting the second cooking plate into the top portion of the housing causes the top latch to alter from the locked state towards the unlocked state to fully seat the second cooking plate within the open top end of the top cavity, upon which the top latch automatically biases back to the locked state to lock the second cooking plate to the top portion of the housing. In one example, the second engagement feature of the second cooking plate includes a planar locking surface and an angled engagement surface. During insertion of the second cooking plate into the top portion of the housing, the angled engagement surface of the second engagement feature engages the top latch and moves the top latch from the locked state towards the unlocked state. Upon the top latch passing by the angled engagement surface, the top latch biases back into the locked state whereby the top latch engages the planar locking surface of the second engagement feature.

In one example, the second cooking plate includes a peripheral edge defining a planar portion having at least one engagement tab and an arcuate portion, and the top portion of the housing defines at least one notch configured to receive the at least one engagement tab upon insertion of the second cooking plate into the top portion of the housing.

In one example, the first cooking plate has a cooking surface, the second cooking plate has a cooking surface, and the cooking surface of the first cooking plate is different than the cooking surface of the second cooking plate.

In another example, a cooking appliance includes a housing including a base portion defining a base cavity and an open top end of the base cavity, a top portion defining alterable relative to the base portion between an open state and a closed state, the top portion defining a top cavity and an open top end of the top cavity, a base locking mechanism coupled to the base portion of the housing, a top locking

US 12,171,368 B1

**3**

mechanism coupled to the top portion of the housing, a first heating element located within the base cavity of the base portion of the housing, a second heating element located within the top cavity of the top portion of the housing, a first cooking plate removably coupled to the base portion of the housing to close the open top end of the base cavity, the first cooking plate defining a first engagement feature, a second cooking plate removably coupled to the top portion of the housing to close the open top end of the top cavity, the second cooking plate defining a second engagement feature. The first cooking plate is configured to be locked to the housing via engagement between the base locking mechanism of the base portion and the first engagement feature. The second cooking plate is configured to be locked to the housing via engagement between the top locking mechanism of the top portion and the second engagement feature. The base locking mechanism is alterable into an unlocked state to allow the first cooking plate to be detached from the housing, and the top locking mechanism is alterable into an unlocked state to allow the second cooking plate to be detached from the housing.

In one example, the first cooking plate includes a peripheral edge defining a planar portion having two engagement tabs and an arcuate portion, the base portion of the housing defines two notches configured to receive two engagement tabs upon insertion of the first cooking plate into the base portion of the housing, the second cooking plate includes a peripheral edge defining a planar portion having two engagement tabs and an arcuate portion, and the top portion of the housing defines two notches configured to receive the two engagement tabs upon insertion of the second cooking plate into the top portion of the housing.

In one example, the base portion defines an arcuate protrusion defining an opening and an internal cavity housing at least a portion of the base locking mechanism, and the top portion defines an arcuate protrusion defining an opening and an internal cavity housing at least a portion of the top locking mechanism.

In one example, the base locking mechanism includes a base button, a push rod operatively associated with the base button, a spring coupled to the push rod, a latch rotatably coupled to the push rod, and. a fixed sheet coupled to the base portion of the housing. In one example, the latch is rotatably coupled to the fixed sheet and the base button movably positioned in the housing. In one example, the spring is configured to provide an elastic force on the base button and the push rod to move between a first position at a first distance between a rotation point at which the base latch is rotatably connected to the fixed sheet and a first end of the base latch, the first distance being smaller than a second distance between the rotation point and a second end of the base latch, and wherein when the base button is moved from the initial position by an external force to drive the base latch to rotate through the push rod, the second end of the base latch moves from a connected position at which the second end of the base latch is buckled to a non-connected position at which the second end of the base latch is not buckled.

In one example, the latch and the fixed sheet are rotatably connected by a first rotation connecting member, and wherein the second end of the push rod and the first end of the base latch are rotatably connected by a second rotation connecting member.

In one example, fixed sheet is coupled to the housing by at least one screw. In one example, the spring is wrapped around the push rod, wherein a first end of the spring abuts the housing, and wherein a second end of the spring abuts

**4**

the base button. In one example, when the base latch passes by the angled engagement surface, the base latch biases back into the locked state, whereby the base latch engages the planar locking surface of the first engagement feature, and wherein and the spring provides an elastic force for driving the second end of the base latch to move toward the planar locking surface to enable the second end of the base latch to move to the connected position, abutting a locking groove defined by the planar locking surface.

In one example, the cooking appliance further includes an oblique guiding mechanism for coupling the first cooking plate with the base portion, wherein when the when the first cooking plate is installed to the base portion, the angled engagement surface of the first engagement feature engages the base latch, and wherein the oblique guiding mechanism is configured to enable the first cooking plate to approach the base portion and to rotate synchronously so that the guiding slope rotates in a direction of pushing the second end of the base latch to rotate. In one example, the oblique guiding mechanism comprises a guiding post and an oblique guiding groove, wherein the guiding post is disposed on the first cooking plate, wherein the oblique guiding groove is formed on the base portion, and wherein when the first cooking plate is pressed against the base portion, the guiding post abuts the oblique guiding groove to make the first cooking plate rotate relative to the housing.

In one example, the base locking mechanism includes a base button that extends through the opening of the arcuate protrusion of the base portion and a base latch mechanically engaged with the base button, the base latch being movable between a locked state and an unlocked state by actuation of the base button, and the top locking mechanism includes a top button that extends through the opening of the arcuate protrusion of the top portion and a top latch mechanically engaged with the base button, the top latch being movable between a locked state and an unlocked state by actuation of the top button.

In one example, the first cooking plate includes a cooking surface and a non-cooking surface opposed from the cooking surface, the second cooking plate includes a cooking surface and a non-cooking surface opposed from the cooking surface, and the cooking surface of the first cooking plate is different than the cooking surface of the second cooking plate.

Further areas of applicability of the present disclosure will become apparent from the detailed description provided hereinafter. It should be understood that the detailed description and specific examples, while indicating the preferred embodiment of the disclosure, are intended for purposes of illustration only and are not intended to limit the scope of the disclosure.

BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure will become more fully understood from the detailed description and the accompanying drawings, wherein:

FIG. **1** is a front perspective view of a cooking appliance in a closed state in accordance with an embodiment of the present disclosure;

FIG. **2** is a front perspective view of a portion of the cooking appliance of FIG. **1** in an open state;

FIG. **3** is an exploded top perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **4** is a perspective view of a portion of the cooking appliance of FIG. **1**;

US 12,171,368 B1

5

FIG. **5** is a perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **6** is a perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **6A** is a top view of a portion of the cooking appliance of FIG. **1**;

FIG. **7A** is a top perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **7B** is a top perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **8A** is a top perspective cross-sectional view of a portion of the cooking appliance of FIG. **1**;

FIG. **8B** is a top perspective cross-sectional view of a portion of the cooking appliance of FIG. **1**;

FIG. **9** is a front perspective view of a portion of the cooking appliance of FIG. **1**;

FIG. **10a** is a bottom perspective view of a portion of the cooking appliance of FIG. **1**; and

FIG. **10b** is a bottom perspective view of a portion of the cooking appliance of FIG. **1**.

DETAILED DESCRIPTION

For illustrative purposes, the principles of the present disclosure are described by referencing various examples thereof. Although certain examples of the disclosure are specifically described herein, one of ordinary skill in the art will readily recognize that the same principles are equally applicable to, and can be employed in other applications and methods. It is to be understood that the disclosure is not limited in its application to the details of any particular example shown. The terminology used herein is for the purpose of description and not to limit the disclosure, its application, or uses.

As used herein and in the appended claims, the singular forms "a", "an", and "the" include plural references unless the context dictates otherwise. The singular form of any class of the ingredients refers not only to one chemical species within that class, but also to a mixture of those chemical species. The terms "a" (or "an"), "one or more" and "at least one" may be used interchangeably herein. The terms "comprising", "including", "containing", and "having" may be used interchangeably. The term "include" should be interpreted as "include, but are not limited to". The term "including" should be interpreted as "including, but not limited to".

The following description of the preferred embodiment(s) is merely exemplary in nature and is in no way intended to limit the disclosure, its application, or uses. The description of illustrative embodiments according to principles of the present disclosure is intended to be read in connection with the accompanying drawings, which are to be considered part of the entire written description. In the description of embodiments of the disclosure disclosed herein, any reference to direction or orientation is merely intended for convenience of description and is not intended in any way to limit the scope of the present disclosure. Relative terms such as "lower," "upper," "horizontal," "vertical," "above," "below," "up," "down," "top" and "bottom" as well as derivatives thereof (e.g., "horizontally," "downwardly," "upwardly," etc.) should be construed to refer to the orientation as then described or as shown in the drawing under discussion. These relative terms are for convenience of description only and do not require that the apparatus be constructed or operated in a particular orientation unless explicitly indicated as such. Terms such as "attached," "affixed," "connected," "coupled," "interconnected," and

6

similar refer to a relationship wherein structures are secured or attached to one another either directly or indirectly through intervening structures, as well as both movable or rigid attachments or relationships, unless expressly described otherwise.

Referring to FIGS. **1** to **10b**, disclosed is a cooking appliance **100**. The cooking appliance **100** provides a solution for cooking foodstuff, such as waffles, pancakes, etc., having different patterns. The disclosed cooking appliance **100** includes interchangeable structures, such as cooking plates, for cooking foodstuff with different designs without the need for more than one cooking appliance **100**.

The cooking appliance **100** includes a housing **110**. The housing **110** includes a shell **102**. The shell **102** houses a base portion **130** defining a base cavity **132** and an open top end **134** of the base cavity **132**.

Referring to FIG. **2**, the housing **110** further includes a top portion **120**. The top portion **120** is alterable relative to the base portion **130** between an open state and a closed state. In one example, the top portion **120** is hingedly alterable relative to the base portion **130** between an open state and a closed state about a hinge portion **112** of the housing **110**. The hinge portion **112** may be integrally connected with one of the base portion **130** and the top portion **120**. In another example, the hinge portion **112** is removably coupled with the base portion **130** and the top portion **120**.

Referring to FIGS. **2** and **6**, in one or more examples, the cooking appliance **100** includes a base locking mechanism **140** coupled to the base portion **130** of the housing **110**. At least a portion of the base locking mechanism **140** is alterable between a locked state and an unlocked state to allow the first cooking plate **220** to be detached from the housing **110** as further described below.

Referring to FIG. **6**, in one or more examples, the base locking mechanism **140** includes a base button **141** and a base latch **142** mechanically engaged with the base button **141**. The base latch **142** is movable between a locked state and an unlocked state by actuation of the base button **141**, see FIGS. **8a** and **8b**. In one example, the base latch **142** is rotatably connected to a fixed sheet **145**, see FIG. **6**. The fixed sheet **145** is fixedly connected to the housing **110** such that it is positioned within the internal cavity **138** of the base portion **130**.

In one or more examples, the base locking mechanism **140** includes a spring **143**, such as a torsion spring, to bias the base latch **142** into the locked state. The spring **143** may be operatively associated with a push rod **144**. In one example, the spring **143** wraps around the push rod **144** such that it is sleeved outside the push rod **144**. In one example, a first end of the spring **143** abuts the housing **110**, and a second end of the spring **143** abuts the push rod **144** or the base button **141**.

In one or more examples, the base button **141** is movably disposed on the housing **110** such that a first end of the push rod **144** is movably connected to and operatively associated with the base button **141**. A second end of the push rod **144** is rotatably connected to a first end of the base latch **142**. The spring **143** is configured to provide an elastic force upon compression of the base button **141** to in turn facilitate the push rod **144** to move to an initial position a first distance $L_1$ between a rotation point at which the base latch **142** is rotatably connected to the fixed sheet **145** and the first end of the base latch **142**. The first distance $L_1$ is smaller than a second distance $L_2$ between the rotation point and a second end of the base latch **142**, see FIG. **6A**. Accordingly, the base button **141** is moved from the initial position by an external force to drive the base latch **142** to rotate through the push

US 12,171,368 B1

7
8

rod **144**. The second end of the base latch **142** is configured to move from a connected position at which the second end of the base latch **142** is buckled to the pan to a non-connected position at which the second end of the base latch **142** is not buckled to the pan, and the push rod **144** spring accumulates elastic force.

In one example, the base latch **142** and the fixed sheet **145** are rotatably connected together through a first rotation connecting member **148**. In another example, the second end of the push rod **144** and the first end of the latch **142** are rotatably connected together through a second rotation connecting member **146**. In one example, the fixed sheet **145** is fixedly connected to the housing **110** with fasteners, such as screws **149a**, **149b**.

In one example, when the base latch **142** passes by the angled engagement surface **244**, the base latch **142** biases back into the locked state whereby the base latch **142** engages the planar locking surface **242** of the first engagement feature **240**. Further, the spring **143** provides an elastic force for driving the second end of the base latch **142** to move toward the planar locking surface **242** to enable the second end of the base latch **142** to move to the connected position, abutting a locking groove **242a** defined by the planar locking surface **242**.

Referring to FIG. **2** and FIG. **3**, in one or more examples, the cooking appliance **100** further includes an oblique guiding mechanism **133**. The oblique guiding mechanism **133** is a multi-piece component that is provided between the first cooking plate **220** and the base portion **130**, having a guiding post **267** on the first cooking plate **220** and an oblique guiding groove **135** on the base portion **130**. The guiding post is disposed **267** on a bottom surface of the first cooking plate **220**, and the oblique guiding groove **135** is formed on a top surface of the base portion **130**. When the first cooking plate **220** is pressed against the base portion **130**, the guiding post **267** abuts the oblique guiding groove **135** to make the first cooking plate **220** and grill rotate relative to each other.

When the first cooking plate **220** is installed to the base portion **130** such that the guiding post **267** nests with the oblique guiding groove **135**, the angled engagement surface **244** of the first engagement feature **240** engages the base latch **142**. The oblique guiding mechanism **133** is configured to enable the cooking plate **220** to approach and removably connect with the base portion **130** and to rotate synchronously so that the guiding slope rotates in a direction so as to push the second end of the base latch **142** to rotate.

Referring to FIG. **2**, in one or more examples, the cooking appliance **100** further includes a first heating element **160** located within the base cavity **132** of the base portion **130** of the housing **110**. The first heating element **160** nests within the base cavity **132** such that it is positioned below the open top end **134** of the base portion **130**. In one example, the first heating element **160** is die-cast and molded into the bottom cavity **132**. Furthermore, there may be wiring, a power source, a processor/controller, or other electronic components located within the housing **110**, such as between the shell **102** and the base cavity **132**, to supply power to the first heating element **160**. For example, wiring may be connected to a plug and to the first heating element **160** to activate the first heating element **160** when the plug is plugged into a wall socket or other electrical source.

In one or more examples, the cooking appliance **100** includes a first cooking plate **220** removably coupled to the base portion **130** of the housing **110**. When coupled to the base portion **130** of the housing **110**, the first cooking plate **220** covers the open top end **134** of the base cavity **132**. The first cooking plate **220** may be formed from a material have

requisite thermal conductivity for cooking foodstuff. For example, the first cooking plate **220** may be formed from a heat conductive metal material, such as copper, aluminum, iron, or the like, to allow the heat generated by the first heating element **160** to be transmitted conductively to the first cooking plate **220**.

The first cooking plate **220** includes a cooking surface **222** and a non-cooking surface **224** opposed from the cooking surface **222**. The cooking surface **222** may have a pattern or design for creating waffles, pancakes, or other foodstuff having the design of the cooking surface **222**. For example, the cooking surface **222** may have a waffle pattern with a plurality of truncated pyramid shapes, or a design such as a heart or a flower, although other shapes and designs may be used as desired.

The non-cooking surface **224**, see FIG. **10a**, may include a recess **268** for nesting with a portion of the first heating element **160**. The non-cooking surface **224** may be positioned in contact with the first heating element **160** for transferring heat from the first heating element **160** to the cooking surface **222** in contact with the foodstuff.

The first cooking plate **220** includes a first engagement feature **240**. In one example, the first engagement feature **240** includes a post **246** defined by the first cooking plate **220** and an engagement bracket **241** coupled to the post **246**. The engagement bracket **241** may be coupled to the post **246** with a fastener, such as a screw. In another example, the engagement feature **240** includes an engagement bracket **241** integrally formed with the first cooking plate **220** such that they are a single, monolithic structure. In yet another embodiment, the first engagement feature **240** may comprise a notch, cutout, or recess formed along a front portion of the peripheral edge **260** of the first cooking plate **220**. The first engagement feature **240** may be an integral part of the first cooking plate **220** or may comprise a bracket that is coupled to the first cooking plate **220**. Alternative configurations are also possible within the scope of the invention described herein.

Referring to FIGS. **8a** and **8b**, in one or more examples, the first cooking plate **220** is configured to be locked to the housing **110** via engagement between the base locking mechanism **140** of the base portion **130** and the first engagement feature **240**. For example, the base latch **142** may be biased into the locked state. Inserting the first cooking plate **220** into the base portion **130** of the housing **110** may cause the base latch **142** to alter from the locked state towards the unlocked state to fully seat the first cooking plate **220** within the open top end **134** of the base cavity **132**, upon which the base latch **142** automatically biases back to the locked state, locking the first cooking plate **220** to the base portion **130** of the housing **110**.

Referring to FIG. **4**, in one or more examples, the first engagement feature **240** of the first cooking plate **220** includes a planar locking surface **242** and an angled engagement surface **244**. During insertion of the first cooking plate **220** into the base portion **130** of the housing **110**, the angled engagement surface **244** of the first engagement feature **240** engages the base latch **142** and moves the base latch **142** from the locked state towards the unlocked state. Further, upon the base latch **142** passing by the angled engagement surface **244**, the base latch **142** biases back into the locked state whereby the base latch **142** engages the planar locking surface **242** of the first engagement feature **240**.

Still referring to FIG. **4**, in one or more examples, the first cooking plate **220** includes a peripheral edge **260** defining a planar portion **266** having at least one engagement tab **262** and an arcuate portion **264**. In other embodiments, there may

US 12,171,368 B1

9

not be a planar portion **266**, and instead the peripheral edge **260** may form a circle. In such an embodiment, the at least one engagement tab **262** (e.g., two engagement tabs **262** per the exemplified embodiment) may protrude from a rear arcuate portion of the peripheral edge **260**. That is, the peripheral edge **260** of the first cooking plate **220** may comprise a rear portion, or a rear arcuate portion, and the two engagement tabs **262** may define a pair of engagement tabs that protrude from the rear portion of the peripheral edge **260** of the first cooking plate **220**. The base portion **130** of the housing **110** defines at least one notch **180**, see FIG. **2**, configured to receive the at least one engagement tab **262** upon insertion of the first cooking plate **220** into the base portion **130** of the housing **110**. In another example, the planar portion defines two engagement tabs **262** and the housing **110** defines two notches **180** configured to receive the two engagement tabs **262**. The engagement tabs may be integral with the first cooking plate **220** such that they form a single, monolithic structure.

Referring to FIG. **2**, in one or more examples, the top portion **120** defines a top cavity **122** and an open top end **123** of the top cavity **122**. The cooking appliance **100** further includes a second heating element **170** located within the top cavity **122** of the top portion **120** of the housing **110**. The second heating element **170** nests within the top cavity **122** such that it is positioned below the open top end **124** of the top portion **120**. In one example, the second heating element **170** is die-cast and molded into the top cavity **122**. Furthermore, there may be wiring, a power source, a processor/controller, or other electronic components located within the housing **110**, such as between the shell **102** and the top cavity **122**, to supply power to the second heating element **170**. For example, wiring may be connected to a plug and to the second heating element **170** to activate the second heating element **170** when the plug is plugged into a wall socket or other electrical source.

Referring to FIG. **3**, in one or more examples, the cooking appliance **100** includes a second cooking plate **210** removably coupled to the top portion **120** of the housing **110**. When positioned in the top portion **120** of the housing **110**, the second cooking plate **210** closes the open top end **124** of the top cavity **122**.

The second cooking plate **210** includes a cooking surface **212** and a non-cooking surface **214** opposed from the cooking surface **212**. The cooking surface **212** may have a pattern or design for creating waffles, pancakes, or other foodstuff having the design of the cooking surface **212**. For example, the cooking surface **212** may have a waffle pattern with a plurality of truncated pyramid shapes, or a design such as a heart or a flower, although other shapes and designs may be used as desired.

The non-cooking surface **214**, see FIG. **10**b, may include a recess **258** for nesting with a portion of the second heating element **170**. The non-cooking surface **214** may be positioned in contact with the second heating element **170** for transferring heat from the second heating element **170** to the cooking surface **212** in contact with the foodstuff.

Referring to FIG. **3** and FIG. **9**, the second cooking plate **210** defining a second engagement feature **230**. In one example, the second engagement feature **230** includes a post **236** defined by the second cooking plate **210** and an engagement bracket **231** coupled to the post **236**. The engagement bracket **231** may be coupled to the post **236** with a fastener, such as a screw. In another example, the second engagement feature **230** includes an engagement bracket **231** that is integrally formed with the second cooking plate **210** such that they are a single, monolithic structure.

10

Referring to FIG. **2**, in one or more examples, the housing **110** includes a top locking mechanism **150** coupled to the top portion **120** of the housing **110**. The second cooking plate **210** is configured to be locked to the housing **110** via engagement between the top locking mechanism **150** of the top portion **120** and the second engagement feature **230**, see FIGS. **7**a and **7**b. The top locking mechanism **150** is alterable into an unlocked state to allow the second cooking plate **210** to be detached from the housing **110** by actuation of the top button **151**.

In one example, the top locking mechanism **150** includes a top button **151** and a top latch **152** mechanically engaged with the top button **151**, the top latch **152** being movable between a locked state and an unlocked state by actuation of the top button **151**, see FIGS. **7**a and **7**b.

Referring to FIGS. **7**a and **7**b, in one or more examples, the top latch **152** is configured to be biased into the locked state. Inserting the second cooking plate **210** into the top portion **120** of the housing **110** causes the top latch **152** to alter from the locked state towards the unlocked state to fully seat the second cooking plate **210** within the open top end **124** of the top cavity **122**, upon which the top latch **152** automatically biases back to the locked state to lock the second cooking plate **210** to the top portion **120** of the housing **110**.

Still referring to FIGS. **7**a and **7**b and to FIG. **9**, the second engagement feature **230** of the second cooking plate **210** includes a planar locking **232** surface and an angled engagement surface **234**. During insertion of the second cooking plate **210** into the top portion **120** of the housing, the angled engagement surface **234** of the second engagement feature **230** engages the top latch **152** and moves the top latch **152** from the locked state towards the unlocked state. Further, upon the top latch **152** passing by the angled engagement surface **234**, the top latch **152** biases back into the locked state whereby the top latch **152** engages the planar locking surface **232** of the second engagement feature **230**.

Referring to FIG. **3**, the second cooking plate **210** includes a peripheral edge **250** defining a planar portion **256** having at least one engagement tab **252** and an arcuate portion **254**. The top portion **120** of the housing **110** defines at least one notch **190** configured to receive the at least one engagement tab **252** upon insertion of the second cooking plate **210** into the top portion **120** of the housing **110**.

In one example, the first cooking plate **220** has a cooking surface, the second cooking plate **210** has a cooking surface, and the cooking surface of the first cooking plate **220** is different than the cooking surface of the second cooking plate **210**.

In one or more examples, a cooking appliance **100** includes a housing **110** including a base portion **130** defining a base cavity **132** and an open top end **134** of the base cavity **132**. The housing **110** further includes a top portion **120** alterable relative to the base portion **130** between an open state and a closed state.

The top portion **120** defines a top cavity **122** and an open top end **124** of the top cavity **122**. The housing **110** further includes a base locking mechanism **140** coupled to the base portion **130** of the housing **110**. In one or more examples, the housing **110** includes a top locking mechanism **150** coupled to the top portion **120** of the housing **110**.

The cooking appliance **100** further includes a first heating element **160** located within the base cavity **132** of the base portion **130** of the housing **110** and a second heating element **170** located within the top cavity **122** of the top portion **120** of the housing **110**.

US 12,171,368 B1

11

12

In one or more examples, the cooking appliance **100** includes a first cooking plate **220** removably coupled to the base portion **130** of the housing **110** to close the open top end **134** of the base cavity **132**. The first cooking plate **220** includes a first engagement feature **240**. The cooking appliance **100** further includes a second cooking plate **210** removably coupled to the top portion **120** of the housing **110** to close the open top end **124** of the top cavity **122**. The second cooking plate **210** includes a second engagement feature **230**.

The first cooking plate **220** is configured to be locked to the housing **110** via engagement between the base locking mechanism **140** of the base portion **130** and the first engagement feature **240**. The base locking mechanism **140** is alterable into an unlocked state to allow the first cooking plate **220** to be detached from the housing **110**.

The second cooking plate **210** is configured to be locked to the housing **110** via engagement between the top locking mechanism **150** of the top portion **120** and the second engagement feature **230**. The top locking mechanism **150** is alterable into an unlocked state to allow the second cooking plate **210** to be detached from the housing **110**. For example, the top locking mechanism **150** is alterable upon actuation of the top button **151**.

In one example, the first cooking plate **220** includes a peripheral edge **260** defining a planar portion **266** having two engagement tabs **262** and an arcuate portion **264**. The base portion **130** of the housing **110** defines two notches **180** configured to receive two engagement tabs **262** upon insertion of the first cooking plate **220** into the base portion **130** of the housing **110**.

In one or more examples, the second cooking plate **210** includes a peripheral edge **250** defining a planar portion **256** having two engagement tabs **252** and an arcuate portion **254**. Further, the top portion **120** of the housing **110** defines two notches **190** configured to receive the two engagement tabs **252** upon insertion of the second cooking plate **210** into the top portion **120** of the housing **110**. The engagement tabs **252** may be integral with the second cooking plate **210** such that they form a single, monolithic structure.

In one example, the base portion **130** defines an arcuate protrusion **136** defining an opening **137** and an internal cavity **138** housing at least a portion of the base locking mechanism **140**. Further, the top portion **120** defines an arcuate protrusion **126** defining an opening **127** and an internal cavity **128** housing **110** at least a portion of the top locking mechanism **150**.

In one example, the base locking mechanism **140** includes a base button **141** that extends through the opening **137** of the arcuate protrusion **136** of the base portion **130**. The base locking mechanism **140** further includes a base latch **142** mechanically engaged with the base button **141**, the base latch **142** being movable between a locked state and an unlocked state by actuation of the base button **141**. In one example, the base latch **142** is mechanically engaged with the base button **141** with a spring, such as a torsion spring.

In one or more examples, the top locking mechanism **150** includes a top button **151** that extends through the opening **127** of the arcuate protrusion **126** of the top portion **120**. The top locking mechanism, **150** further includes a top latch **152** mechanically engaged with the top button **151**. The top latch **152** being movable between a locked state and an unlocked state by actuation of the top button **151**. In one example, the top latch **152** is mechanically engaged with the top button **151** with a spring, such as a torsion spring.

In one example, the first cooking plate **220** includes a cooking surface **222** and a non-cooking surface **224** opposed

from the cooking surface **222**. The second cooking plate **210** includes a cooking surface **212** and a non-cooking surface **214** opposed from the cooking surface **212**. In one example, the cooking surface **222** of the first cooking plate **220** is different than the cooking surface **212** of the second cooking plate **210**. For instance, the cooking surface **222** of the first cooking plate **220** may include a pattern or design that is different from the patter or design of the cooking surface **212** of the second cooking plate **210**.

While the disclosure has been described with respect to specific examples including presently preferred modes of carrying out the disclosure, those skilled in the art will appreciate that there are numerous variations and permutations of the above-described systems and techniques. It is to be understood that other embodiments may be utilized and structural and functional modifications may be made without departing from the scope of the present disclosure. Thus, the spirit and scope of the disclosure should be construed broadly as set forth in the appended claims.

What is claimed is:

1. A cooking appliance comprising:
   a housing comprising:
   a base portion defining a base cavity and an open top end of the base cavity;
   a top portion alterable relative to the base portion between an open state and a closed state; and
   a base locking mechanism coupled to the base portion of the housing;
   a first cooking plate removably coupled to the base portion of the housing to close the open top end of the base cavity, the cooking plate defining a first engagement feature;
   wherein the first cooking plate is configured to be locked to the housing via engagement between the base locking mechanism of the base portion and the first engagement feature; and
   wherein the base locking mechanism is alterable into an unlocked state to allow the first cooking plate to be detached from the housing; and
   wherein the base locking mechanism comprises:
   a base button;
   a push rod operatively associated with the base button;
   a spring coupled to the push rod;
   a latch rotatably coupled to the push rod;
   a fixed sheet coupled to the base portion of the housing, wherein the latch is rotatably coupled to the fixed sheet;
   wherein the base button is movably positioned in the housing;
   wherein the spring is configured to provide an elastic force on the base button and the push rod to move between a first position at a first distance between a rotation point at which the base latch is rotatably connected to the fixed sheet and a first end of the base latch, the first distance being smaller than a second distance between the rotation point and a second end of the base latch, and wherein when the base button is moved from the initial position by an external force to drive the base latch to rotate through the push rod, the second end of the base latch moves from a connected position at which the second end of the base latch is buckled to a non-connected position at which the second end of the base latch is not buckled.

2. The cooking appliance of claim **1**, wherein the latch and the fixed sheet are rotatably connected by a first rotation connecting member, and wherein the second end of the push

US 12,171,368 B1

13

rod and the first end of the base latch are rotatably connected by a second rotation connecting member.

**3**. The cooking appliance of claim **1**, wherein the fixed sheet is coupled to the housing by at least one screw.

**4**. The cooking appliance of claim **1**, wherein the spring is wrapped around the push rod, wherein a first end of the spring abuts the housing, and wherein a second end of the spring abuts the base button.

**5**. The cooking appliance of claim **1**, wherein when the base latch passes by the angled engagement surface, the base latch biases back into the locked state, whereby the base latch engages the planar locking surface of the first engagement feature, and wherein and the spring provides an elastic force for driving the second end of the base latch to move toward the planar locking surface to enable the second end of the base latch to move to the connected position, abutting a locking groove defined by the planar locking surface.

**6**. The cooking appliance of claim **1**, further comprising an oblique guiding mechanism for coupling the first cooking plate with the base portion, wherein when the when the first cooking plate is installed to the base portion, the angled engagement surface of the first engagement feature engages the base latch, and wherein the oblique guiding mechanism is configured to enable the first cooking plate to approach the base portion and to rotate synchronously so that the guiding slope rotates in a direction of pushing the second end of the base latch to rotate, wherein the oblique guiding mechanism comprises a guiding post and an oblique guiding groove, wherein the guiding post is disposed on the first cooking plate, wherein the oblique guiding groove is formed on the base portion, and wherein when the first cooking plate is pressed against the base portion, the guiding post abuts the oblique guiding groove to make the first cooking plate rotate relative to the housing.

**7**. A cooking appliance comprising:
a base portion comprising:
   a base main body section comprising a base cavity having an open top end;
   a base protrusion extending from the base main body section and comprising a first internal cavity; and
   a first pair of notches;
a top portion hingedly coupled to the base portion so as to be alterable between an open state and a closed state, the top portion comprising:
   a top main body section comprising a top cavity having an open top end;
   a top protrusion extending from the top main body section and comprising a second internal cavity; and
   a second pair of notches;
a base latch mounted to the base protrusion of the base portion, the base latch and the first pair of notches located on opposite sides of the base cavity;
a top latch mounted to the top protrusion of the top portion, the top latch and the second pair of notches located on opposite sides of the top cavity;
a first heating element located within the base cavity;
a second heating element located within the top cavity;
a first cooking plate removably coupled to the base portion to close the open top end of the base cavity, the first cooking plate comprising:
   a first peripheral edge; and
   a first pair of tabs protruding from a rear portion of the first peripheral edge of the first cooking plate, the first pair of tabs received within the first pair of notches;

14

a second cooking plate removably coupled to the top portion of the housing to close the open top end of the top cavity, the second cooking plate comprising:
   a second peripheral edge; and
   a second pair of tabs protruding from a rear portion of the second peripheral edge of the second cooking plate, the second pair of tabs received within the second pair of notches;
the base latch alterable between: (1) a locked state in which the first cooking plate is locked to the base portion through engagement of the base latch and a front portion of the first cooking plate; and (2) an unlocked state that allows the first cooking plate to be removed from the base portion;
a first spring located within the first internal cavity of the base protrusion and biasing the base latch into the locked state;
the top latch alterable between: (1) a locked state in which the second cooking plate is locked to the top portion through engagement of the top latch and a front portion of the second cooking plate; and (2) an unlocked state that allows the second cooking plate to be removed from the top portion;
a second spring located within the second internal cavity of the top protrusion and biasing the top latch into the locked state.

**8**. The cooking appliance of claim **7**, further comprising:
the first cooking plate comprising:
   a first planar locking surface located at the front portion of the first cooking plate; and
   a first angled engagement surface located at the front portion of the first cooking plate;
the second cooking plate comprising:
   a second planar locking surface located at the front portion of the second cooking plate; and
   a second angled engagement surface located at the front portion of the second cooking plate;
wherein when the base latch is in the locked state, the first cooking plate is locked to the base portion through engagement of the base latch and the first planar locking surface; and
wherein when the top latch is in the locked state, the second cooking plate is locked to the top portion through engagement of the top latch and the second planar locking surface.

**9**. The cooking appliance according to claim **8**, further comprising:
wherein during coupling of the first cooking plate to the base portion, the first angled engagement surface of the first cooking plate engages and moves the base latch from the locked state to the unlocked state; and
wherein during coupling of the second cooking plate into the top portion, the second angled engagement surface engages and moves the top latch from the locked state to the unlocked state.

**10**. The cooking appliance according to claim **7**, further comprising:
a first user-operated actuator located on the base protrusion and positioned in a first opening of the base protrusion, the first user-operated actuator mechanically engaged with the base latch to alter the base latch between the locked state and the unlocked state by actuation of the first user-operated actuator; and
a second user-operated actuator located on the top protrusion and positioned in a second opening of the top protrusion, the second user-operated actuator mechanically engaged with the top latch to alter the top latch

US 12,171,368 B1

15      16

between the locked state and the unlocked state by actuation of the second user-operated actuator.

**11**. The cooking appliance according to claim **10**, further comprising:

wherein the base latch and the first user-operated actuator are separate components; and

wherein the top latch and the second user-operated actuator are separate components.

**12**. The cooking appliance according to claim **7**, further comprising:

wherein the base main body section is bowl-shaped and comprises an inner wall surface defining the base cavity and an outer wall surface, the base protrusion protruding from a front upper portion of the outer wall surface of the base main body;

wherein the top main body section is upside-down bowl-shaped and comprises an inner wall surface defining the top cavity and an outer wall surface, the top protrusion protruding from a front lower portion of the outer wall surface of the top main body.

**13**. The cooking appliance according to claim **12**, further comprising:

the base portion comprising a base rear section extending from a rear of the outer wall surface of the base main body section;

the top portion comprising a top rear section extending from a rear of the outer wall surface of the top main body section; and

a hinge operably coupled to the base rear section and the top rear section to hingedly couple the base portion to the top portion.

**14**. The cooking appliance according to claim **7**, further comprising:

a first cylindrical post protruding from a floor of the base cavity; and

a second cylindrical post protruding from a floor of the top cavity.

**15**. The cooking appliance according to claim **7**, further comprising:

a first wall separating the base cavity from the first internal cavity, the base latch extending through a notch in the first wall to engage the front portion of the first cooking plate in the locked state; and

a second wall separating the top cavity from the second internal cavity, the top latch extending through a notch in the second wall to engage the front portion of the second cooking plate in the locked state.

**16**. The cooking appliance of claim **7**, further comprising: the first cooking plate comprising:

a first planar locking surface located at the front portion of the first cooking plate; and

a first angled engagement surface located at the front portion of the first cooking plate;

the second cooking plate comprising:

a second planar locking surface located at the front portion of the second cooking plate; and

a second angled engagement surface located at the front portion of the second cooking plate;

wherein when the base latch is in the locked state, the first cooking plate is locked to the base portion through engagement of the base latch and the first planar locking surface;

wherein when the top latch is in the locked state, the second cooking plate is locked to the top portion through engagement of the top latch and the second planar locking surface;

wherein during coupling of the first cooking plate to the base portion, the first angled engagement surface of the first cooking plate engages and moves the base latch from the locked state to the unlocked state;

wherein during coupling of the second cooking plate into the top portion, the second angled engagement surface engages and moves the top latch from the locked state to the unlocked state;

a first user-operated actuator located on the base protrusion and positioned in a first opening of the base protrusion, the first user-operated actuator mechanically engaged with the base latch to alter the base latch between the locked state and the unlocked state by actuation of the first user-operated actuator;

a second user-operated actuator located on the top protrusion and positioned in a second opening of the top protrusion, the second user-operated actuator mechanically engaged with the top latch to alter the top latch between the locked state and the unlocked state by actuation of the second user-operated actuator;

wherein the base main body section is bowl-shaped and comprises an inner wall surface defining the base cavity and an outer wall surface, the base protrusion protruding from a front upper portion of the outer wall surface of the base main body;

wherein the top main body section is upside-down bowl-shaped and comprises an inner wall surface defining the top cavity and an outer wall surface, the top protrusion protruding from a front lower portion of the outer wall surface of the top main body;

the base portion comprising a base rear section extending from a rear of the base main body section;

the top portion comprising a top rear section extending from a rear of the top main body section;

a hinge operably coupled to the base rear section and the top rear section to hingedly couple the base and top portions to one another;

a first cylindrical post protruding from a floor of the base cavity;

a second cylindrical post protruding from a floor of the top cavity;

a first wall separating the base cavity from the first internal cavity, the base latch extending through a notch in the first wall to engage the front portion of the first cooking plate in the locked state; and

a second wall separating the top cavity from the second internal cavity, the top latch extending through a notch in the second wall to engage the front portion of the second cooking plate in the locked state.

**17**. The cooking appliance according to claim **16**, wherein the first spring is a first coil spring that is compressed and shortened when the base latch is altered from the locked state to the unlocked state; and wherein the second spring is a second coil spring that is compressed and shortened when the top latch is altered from the locked state to the unlocked state.

**18**. The cooking appliance according to claim **7**, wherein the first spring is a first coil spring that is compressed and shortened when the base latch is altered from the locked state to the unlocked state; and wherein the second spring is a second coil spring that is compressed and shortened when the top latch is altered from the locked state to the unlocked state.

US 12,171,368 B1

17

18

19. A cooking appliance comprising:

a housing comprising:

  a base portion comprising:

    a base main body section comprising a base cavity having an open top end;

    a base protrusion extending from the base main body section; and

    a first pair of notches, the first pair of notches and the base protrusion located on opposite sides of the base cavity;

  a top portion comprising:

    a top main body section comprising a top cavity having an open top end;

    a top protrusion extending from the top main body section; and

    a second pair of notches, the second pair of notches and the top protrusion located on opposite sides of the top cavity;

a first heating element located within the base cavity;

a second heating element located within the top cavity;

a first cooking plate removably coupled to the base portion to close the open top end of the base cavity, the first cooking plate comprising:

  a first peripheral edge;

  a first pair of tabs protruding from a rear portion of the first peripheral edge of the first cooking plate, the first pair of tabs received within the first pair of notches; and

  a first engagement feature in the form of a notch, cutout, or recess formed along a front portion of the first peripheral edge;

a second cooking plate removably coupled to the top portion of the housing to close the open top end of the top cavity, the second cooking plate comprising:

  a second peripheral edge;

  a second pair of tabs protruding from a rear portion of the second peripheral edge of the second cooking plate, the second pair of tabs received within the second pair of notches; and

  a second engagement feature in the form of a notch, cutout, or recess formed along a front portion of the second peripheral edge;

a base latch mounted to the base protrusion of the base portion of the housing, the base latch alterable between: (1) a locked state in which the first cooking plate is locked to the base portion of the housing through engagement of the base latch and the first engagement feature; and (2) an unlocked state that allows the first cooking plate to be removed from the base portion;

a first spring located within an internal cavity of the base protrusion that biases the base latch into the locked state;

a top latch mounted to the top protrusion of the top portion of the housing, the top latch alterable between: (1) a locked state in which the top cooking plate is locked to the top portion of the housing through engagement of the top latch and the second engagement feature; and (2) an unlocked state that allows the second cooking plate to be removed from the top portion; and

a second spring located within an internal cavity of the top protrusion that biases the top latch into the locked state.

20. The cooking appliance according to claim 19, further comprising:

a first user-operated actuator located on the base protrusion and positioned in a first opening of the base protrusion, the first user-operated actuator mechanically engaged with the base latch to alter the base latch between the locked state and the unlocked state;

a second user-operated actuator located on the top protrusion and positioned in a second opening of the top protrusion, the second user-operated actuator mechanically engaged with the top latch between the locked state and the unlocked state;

wherein the base main body section is bowl-shaped and comprises an inner wall surface defining the base cavity and an outer wall surface, the base protrusion protruding from a front upper portion of the outer wall surface of the base main body;

wherein the top main body section is bowl-shaped and comprises an inner wall surface defining the top cavity and an outer wall surface, the top protrusion protruding from a front upper portion of the outer wall surface of the top main body;

the base portion comprising a base rear section extending from a rear of the base main body section;

the top portion comprising a top rear section extending from a rear of the top main body section;

a hinge operably coupled to the base rear section and the top rear section to hingedly couple the base and top sections to one another;

a first cylindrical post protruding from a floor of the base cavity;

a second cylindrical post protruding from a floor of the top cavity;

a first wall separating the base cavity from the first internal cavity, the base latch extending through a notch in the first wall to engage the front portion of the first cooking plate in the locked state; and

a second wall separating the top cavity from the second internal cavity, the top latch extending through a notch in the second wall to engage the front portion of the second cooking plate in the locked state.

21. The cooking appliance according to claim 20, wherein the first spring is a first coil spring that is compressed and shortened when the base latch is altered from the locked state to the unlocked state; and wherein the second spring is a second coil spring that is compressed and shortened when the top latch is altered from the locked state to the unlocked state.

22. The cooking appliance according to claim 19, wherein the first spring is a first coil spring that is compressed and shortened when the base latch is altered from the locked state to the unlocked state; and wherein the second spring is a second coil spring that is compressed and shortened when the top latch is altered from the locked state to the unlocked state.

\* \* \* \* \*

# EXHIBIT C



In 100+ people's carts

Best seller

MyMini

**MyMini 5 Plate Waffle Maker Bundle, 400 Watts, PFAS Free, Peach**

⭐⭐⭐⭐⭐ (4.6) | 72 ratings

**About this item**

- MIX AND MATCH PLATES: Comes with five fun and unique plate designs – Butterfly, Teddy Bear, Smiley Face, Classic Waffle, and an additional surprise – to create delightful waffles for any occasion.
- COMPACT & PORTABLE: Ideal for small spaces like dorms, RVs, apartments, and more. Enjoy quick meals on the go with this lightweight and compact waffle maker.
- NONSTICK & PFAS-FREE: The ceramic nonstick cooking plates ensure your waffles cook evenly and are easy to remove, with the added benefit of being PFAS-free for healthier cooking.
- EASY OPERATION: Simple plug-in design heats up in minutes. Swap plates effortlessly with the easy eject button and secure lock-in system.
- BEYOND WAFFLES: Create a variety of dishes like egg bakes, hash browns, and more. Explore new recipes with the included instruction manual.
- THE PERFECT GIFT: A fun and unique gift that's guaranteed to make anyone smile- perfect for weddings, birthdays, holidays, college living, and more.
- MYMINI BY NOSTALGIA: MyMini provides convenient cooking options with space-saving sensibilities, turning small bites into big yums.

View more ⌄

**At a glance**

| | | |
|---|---|---|
| **Brand** | **Rec. use** | **Piece count** |
| MyMini | Residential | 6 |
| **Watts** | **Condition** | **Features** |
| 200 W | New | Removable Cooking Surface |

View all specifications

**$19.98**

Price when purchased online ⓘ

⟳ Free 90-day returns

Add to cart

🛡 Add a protection plan  What's covered
(Only one option can be selected at a time)

☐ 3-Year plan - $3.00

☐ 2-Year plan - $2.00

**How you'll get this item:**

☐ I want shipping & delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

|   **Shipping**  Arrives tomorrow  Order within 1 hr 23 min |   **Pickup**  Today |   **Delivery**  Today |
|---|---|---|

**Philadelphia, 19146**  Change

Arrives by **Tomorrow**, Order within **1 hr 23 min**

✦ Sold and shipped by Walmart.com

⟳ Free 90-day returns  Details

🎁 **This item is gift eligible**  Learn more

♡ Add to list                        🗒 Add to registry

100+ bought since yesterday



**$8.98** ~~$9.98~~
MyMini Waffle Maker, Teal
⭐⭐⭐⭐ 2940
Save with W+
Pickup today
Delivery today
Shipping, arrives **tomorrow**

Best seller



**$8.98**
MyMini Heart Waffle Maker
⭐⭐⭐⭐ 479
Save with W+
Pickup today
Delivery today
Shipping, arrives **tomorrow**

In 50+ people's carts



**$19.88**
Dash Express Waffle Maker in Aqua- 8" Dual Nonstick Surfaces for Waffles, Hash Browns & More
⭐⭐⭐⭐ 75
Save with W+
Pickup today
Delivery today
Shipping, arrives **in 2 days**

Best seller

**$19.87**
Mainstays Black 2-in-1 Waffle and Sandwich Maker with Interchangeable, Removable Plates, Nonstick
⭐⭐⭐⭐ 789
Pickup today
Delivery today
Shipping, arrives **in 2 days**



Best seller

**$19.88**
Dash Nonstick Express Heart Waffle Maker in Red - Make Quick Heart-Shaped Waffles & Treats!
⭐⭐⭐⭐⭐ 73
Save with W+
Pickup today
Delivery today
Shipping, arrives **in 2 days**

Best seller

**$9.98**
Mainstays Single Waffle Maker, Matte Black, New, Model: MS33017961034
⭐⭐⭐⭐ 324
Save with W+
Pickup today
Delivery today
Shipping, arrives **in 2 days**

Best seller



**$24.98**
Chefman Anti-Overflow Belgian Waffle Maker w/ Shade Selector, Non-Stick Plates - Black, New
⭐⭐⭐⭐ 450
Pickup today
Delivery today
Shipping, arrives **in 2 days**

Best seller

**$29.96**
Options from $29.96 - $40.08
Beautiful Rotating Belgian Waffle Maker, White Icing by Drew Barrymore
⭐⭐⭐⭐ 826
Save with W+
Pickup today
Delivery today
Shipping, arrives **in 3+ days**

Best seller



**$29.98**
Mainstays 4 Slice Waffle Maker, Removable Plates, Black Matte, Model MSB400778514-1
⭐⭐⭐⭐ 178
Save with W+
Pickup today
Delivery today
Shipping, arrives **in 3+ days**

## About this item

### Product details

Enjoy creative and healthy waffle meals with the **MyMini Waffle Maker & Removable 5 Plate Bundle - PFAS Free**. This versatile waffle maker includes five interchangeable plates featuring fun designs like Teddy Bear, Butterfly, Smiley Face, and Classic Waffle, allowing you to make golden-brown waffles that suit your style. Perfect for breakfast, lunch, dinner, or snacks, you can use your favorite recipes to create delicious, personalized waffles. The ceramic nonstick, PFAS-free cooking surfaces ensure perfect results every time and make cleanup simple. Compact and lightweight, it's ideal for dorms, RVs, apartments, and on-the-go use. Whether you're cooking at home or gifting for special occasions, this waffle maker is a delightful addition to any kitchen!

- MIX AND MATCH PLATES: Comes with five fun and unique plate designs – Butterfly, Teddy Bear, Smiley Face, Classic Waffle, and an additional surprise – to create delightful waffles for any occasion.
- COMPACT & PORTABLE: Ideal for small spaces like dorms, RVs, apartments, and more. Enjoy quick meals on the go with this lightweight and compact waffle maker.
- NONSTICK & PFAS-FREE: The ceramic nonstick cooking plates ensure your waffles cook evenly and are easy to remove, with the added benefit of being PFAS-free for healthier cooking.
- EASY OPERATION: Simple plug-in design heats up in minutes. Swap plates effortlessly with the easy eject button and secure lock-in system.
- BEYOND WAFFLES: Create a variety of dishes like egg bakes, hash browns, and more. Explore new recipes with the included instruction manual.
- THE PERFECT GIFT: A fun and unique gift that's guaranteed to make anyone smile- perfect for weddings, birthdays, holidays, college living, and more.
- MYMINI BY NOSTALGIA: MyMini provides convenient cooking options with space-saving sensibilities, turning small bites into big yums.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Compare with similar items

Viewing this item



Case 2:25-cv-01082-NIQA     Document 1     Filed 02/28/25     Page 41 of 62

| | $19.98 MyMini 5 Plate Waffle Maker Bundle, 400... ★★★★½ 71 | Now $8.98 $9.98 MyMini Waffle Maker, Teal ★★★★½ 2940 | $8.98 MyMini Heart Waffle Maker ★★★★½ 479 | $19.88 Dash Express Waffle Maker in Aqua- 8"... ★★★★½ 75 | $19.87 Mainstays Black 2-in-1 Waffle and Sandwic... ★★★★☆ 789 | $19.88 Dash Nonstick Express Heart Waffl... ★★★★★ 73 | $9.98 Mainstays Single Waffle Maker, Matte... ★★★★½ 524 | $24.98 Chefman Anti- Overflow Belgian... ★★★★½ 450 |
|---|---|---|---|---|---|---|---|---|
| Rec. use | Residential | Residential | Residential | Residential | Residential | Residential | Residential | Residential |
| Piece count | 6 | 1 | - | 1 | 2 | 1 | 1 | 2 |
| Watts | 200 W | - | 700 W | 760 W | 750 W | 760 W | 600 W | 700 W |
| Condition | New | New | New | New | New | New | New | New |

See More ⌄

## Specifications ⌃

**Features**
Removable Cooking Surface

**Brand**
MyMini

**Manufacturer Part Number**
MTWBWMSPF

**Manufacturer**
Nostalgia

More details

## Warnings ⌃

⚠ **WARNING:** California Residents WARNING: CANCER AND REPRODUCTIVE HARM www.P65WARNINGS.ca.gov

**State Chemical Disclosure**
California Residents WARNING: CANCER AND REPRODUCTIVE HARM www.P65WARNINGS.ca.gov



Options

Now $3.33 $9.98
MyMini Snowman Electric Waffle Maker, Blue
★★★★½ 250
Save with W+
Shipping, arrives **in 3+ days**



+ Add

Now $39.99 $44.99
CucinaPro Krumkake Baker 2-Waffle Electric Waffle Maker, Non-Stick
★★★★☆ 23
Save with W+
Shipping, arrives **in 2 days**



+ Add

+2 options

$26.06 $28.95
Cucina Pro Waffle Cone and Bowl Maker for Homemade Ice Press - Electric Nonstick Waffler Iron Machine
★★★★☆ 13
Save with W+
Shipping, arrives **in 2 days**

💬 Report incorrect product information

## Customer ratings & reviews

### 4.6 out of 5
★★★★½ 72 ratings | 25 reviews
How item rating is calculated ⓘ

View all reviews

| | |
|---|---|
| 5 stars | 81% (58) |
| 4 stars | 8% (6) |
| 3 stars | 6% (4) |
| 2 stars | 5% (2) |
| 1 star | 3% (2) |

### Customer images
View all

     

+1 image

All filters ⌄   ☆ Star rating ⌄   Verified purchases only

Sort by | Most relevant ⌄

Cleaning (6)   Ease Of Use (5)

Showing 1-3 of 25 reviews

Dec 12, 2024   ★★★★★   ✓ **Verified Purchase** ⓘ

I like the different plates that can be used.

Helpful? 👍 (3)   👎 (0)   Report

reply from **Product Supplier.**

We sincerely appreciate your purchase and your valuable feedback. Thank you for taking the time to review our product and share your experience. Your satisfaction is our top priority!

Jeanette

Jan 25, 2025    ⭐⭐⭐⭐⭐ **Verified Purchase** ⓘ

**great gift for the dorm.**

This is something for my grandson to take with him to college. He can wake up %26 a box of complete pancake waffle mix %26 water %26 maple syrup he won't be going to school hungry %26 doesn't have to leave the dorm. My daughter has one %26 likes hers. That's why I got him one. Easy clean up with the removable plates too.

Helpful? 👍 (0)    👎 (0)    Report

reply from **Product Supplier.**

We sincerely appreciate your purchase and your valuable feedback. Thank you for taking the time to review our product and share your experience. Your satisfaction is our top priority!

eva

Dec 18, 2024    ⭐⭐⭐⭐⭐ **Verified Purchase** ⓘ

Great for the price

Helpful? 👍 (2)    👎 (0)    Report

reply from **Product Supplier.**

We sincerely appreciate your purchase and your valuable feedback. Thank you for taking the time to review our product and share your experience. Your satisfaction is our top priority!

marsha

( View all reviews (25) )

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year.  See terms for eligibility.    Learn more.

---

Best seller



+ Add

$8.98

MyMini 550-Watt Street Taco Quesadilla Maker - PFAS Free

⭐⭐⭐⭐ 68

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

Best seller



+ Add

Now **$8.98** $17.99

MyMini Pancake Griddle, 5-Inch Cooking Surface, Red

⭐⭐⭐⭐ 614

Save with W+

Shipping, arrives **in 3+ days**

100+ bought since yesterday

+ Add

$8.98

MyMini Sandwich Maker

⭐⭐⭐⭐ 2612

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

**Related pages**

Camping Waffle Iron

Mini Waffle Makers

Norwegian Waffle Iron

Pan Waffle

Iron Chef Geoffrey Zakarian

Waffle Bake

Dash Grill

Best Waffle Makers

# EXHIBIT D







# EXHIBIT E

# Claim Chart

**Infringement of U.S. Patent No. 12,171,368 by MyMini+ Waffle Maker**

| CLAIM 7 OF U.S. PATENT 12,171,368 | MYMINI+ WAFFLE MAKER |
|---|---|
| A cooking appliance comprising: |  |
| a base portion comprising:<br><br>a base main body section comprising a base cavity having an open top end; | |

| | |
|---|---|
| a base protrusion extending from the base main body section and comprising a first internal cavity; and |  |
| a first pair of notches; | |

a top portion hingedly coupled to the base portion so as to be alterable between an open state and a closed state,





| | |
|---|---|
| the top portion comprising:<br><br>a top main body section comprising a top cavity having an open top end; |  |
| a top protrusion extending from the top main body section and comprising a second internal cavity; and | |

| | |
|---|---|
| a second pair of notches; |  |
| a base latch mounted to the base protrusion of the base portion, |  |

| the base latch and the first pair of notches located on opposite sides of the base cavity; |  |
| a top latch mounted to the top protrusion of the top portion, | |

6

| | |
|---|---|
| the top latch and the second pair of notches located on opposite sides of the top cavity; |  |
| a first heating element located within the base cavity; |  |

| | |
|---|---|
| a second heating element located within the top cavity; |  |
| a first cooking plate removably coupled to the base portion to close the open top end of the base cavity, | |

| | |
|---|---|
| the first cooking plate comprising:<br><br>a first peripheral edge; and<br><br>a first pair of tabs protruding from a rear portion of the first peripheral edge of the first cooking plate, | <br>First Cooking Plate<br>First Peripheral Edge<br>First Pair of Tabs |
| the first pair of tabs received within the first pair of notches; | <br>Tabs Received in Notches |

a second cooking plate removably coupled to the top portion to close the open top end of the top cavity,



| | |
|---|---|
| the second cooking plate comprising:<br><br>a second peripheral edge; and<br><br>a second pair of tabs protruding from a rear portion of the second peripheral edge of the second cooking plate, | <br>Second Cooking Plate<br><br>Second Peripheral Edge<br><br>Second Pair of Tabs |
| the second pair of tabs received within the second pair of notches; | Tabs Received in Notches<br><br>Tabs Received in Notches |

| | | |
|---|---|---|
| the base latch alterable between: (1) a locked state in which the first cooking plate is locked to the base portion through engagement of the base latch and a front portion of the first cooking plate; and |  | Base Latch in Locked State & Engaging Front Portion of First Cooking Plate |
| (2) an unlocked state that allows the first cooking plate to be removed from the base portion; |  | Base Latch in Unlocked State – Allows for Removal of First Cooking Plate |



First Spring

Internal Cavity of Base Protrusion

a first spring located within the first internal cavity of the base protrusion and biasing the base latch into the locked state;



First Spring Biases Base Latch into Locked State

| | |
|---|---|
| the top latch alterable between: (1) a locked state in which the second cooking plate is locked to the top portion through engagement of the top latch and a front portion of the second cooking plate; and |  Top Latch in Locked State & Engaging Front Portion of Second Cooking Plate |
| (2) an unlocked state that allows the second cooking plate to be removed from the top portion; and |  Top Latch in Un Locked State – Allows for Removal of Second Cooking Plate |

14



Second Spring in Second Internal Cavity of Top Protrusion



a second spring located within the second internal cavity of the top protrusion and biasing the top latch into the locked state.



Second Spring Biases Top Latch in Locked State